UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **BURGOS, KASSI K** | ) | Bankruptcy Case No. 15-81912 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 19, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

BURGOS, KASSI K
406 NEW HAVEN DRIVE
CARY, IL 60013

TIMOTHY BROWN
LAW OFFICE OF TIMOTHY BROWN
1520 CARLEMONT DRIVE, SUITE M
CRYSTAL LAKE, IL 60014
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com