# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BURGOS, KASSI K                                  §   Case No. 15-81912
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $4,336.00                        Assets Exempt: $4,336.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $227,575.54       Claims Discharged
>                                                    Without Payment: $16,139.26
>
> Total Expenses of Administration: $25,848.84

3) Total gross receipts of $ 270,291.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 16,867.48 (see **Exhibit 2**), yielded net receipts of $253,424.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $60,000.00 | $227,575.54 | $227,575.54 | $227,575.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 34,114.76 | 34,114.76 | 25,848.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,139.26 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $76,139.26 | $261,690.30 | $261,690.30 | $253,424.38 |

4) This case was originally filed under Chapter 7 on July 24, 2015. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2017          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 27181 Wildsmith Road, Menifee, CA (1/3 interest) | 1110-000 | 270,291.86 |
| **TOTAL GROSS RECEIPTS** | | **$270,291.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nationwide Escrow, Inc. | 1/3 Interest to Gerald Burgos | 8500-002 | 8,433.74 |
| Nationwide Escrow, Inc. | 1/3 Interest to Marlene Stewart | 8500-002 | 8,433.74 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$16,867.48** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Nationwide Escrow, Inc. | 4110-000 | N/A | 75,858.51 | 75,858.51 | 75,858.51 |
| | Nationwide Escrow, Inc. | 4110-002 | N/A | 75,858.51 | 75,858.51 | 75,858.51 |
| | Nationwide Escrow, Inc. | 4110-002 | N/A | 75,858.52 | 75,858.52 | 75,858.52 |
| **TOTAL SECURED CLAIMS** | | | **$60,000.00** | **$227,575.54** | **$227,575.54** | **$227,575.54** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 7,754.86 | 7,754.86 | 3,905.64 |
| Clerk of the Court Costs (includes adversary and other filing fees) | 2700-000 | N/A | 350.00 | 350.00 | 176.27 |
| U.S. Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 70.38 | 70.38 | 35.45 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 8,477.75 | 8,477.75 | 4,269.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.91 | 12.91 | 12.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.28 | 11.28 | 11.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.48 | 12.48 | 12.48 |
| Other - Nationwide Escrow, Inc. | 2500-000 | N/A | 341.67 | 341.67 | 341.67 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 341.67 | 341.67 | 341.67 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 341.66 | 341.66 | 341.66 |
| Other - Nationwide Escrow, Inc. | 2500-000 | N/A | 497.17 | 497.17 | 497.17 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 497.17 | 497.17 | 497.17 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 497.16 | 497.16 | 497.16 |
| Other - Nationwide Escrow, Inc. | 3510-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| Other - Nationwide Escrow, Inc. | 3510-002 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| Other - Nationwide Escrow, Inc. | 3510-002 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| Other - Nationwide Escrow, Inc. | 2500-000 | N/A | 99.00 | 99.00 | 99.00 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 99.00 | 99.00 | 99.00 |
| Other - Nationwide Escrow, Inc. | 2500-002 | N/A | 99.00 | 99.00 | 99.00 |
| Other - Nationwide Escrow, Inc. | 2420-000 | N/A | 367.20 | 367.20 | 367.20 |
| Other - Nationwide Escrow, Inc. | 2420-002 | N/A | 367.20 | 367.20 | 367.20 |
| Other - Nationwide Escrow, Inc. | 2420-002 | N/A | 367.20 | 367.20 | 367.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$34,114.76** | **$34,114.76** | **$25,848.84** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Portfolio Recovery | 7100-000 | 4,745.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Stephens & Michaels Associates, Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GE Capital (Sams Club) | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 149.31 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Superior Court Of California | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Credit Services | 7100-000 | 333.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 10,468.95 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Automatic Data Processing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Crawford & Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Finance | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | Bleier & Cox | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Moraine Emergency Physicians | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,139.26 | $0.00 | $0.00 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81912  
**Case Name:** BURGOS, KASSI K  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/24/15 (f)  
**§341(a) Meeting Date:** 08/27/15  

**Period Ending:** 09/19/17  
**Claims Bar Date:** 02/25/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 27181 Wildsmith Road, Menifee, CA (1/3 interest) See Adversary Complaint for Sale of Real Estate Free and Clear of Co-Owners' Interest (14-96020). See Order to Sell Real Estate entered October 31, 2016. | 247,000.00 | 40,000.00 | | 270,291.86 | FA |
| 2 | Checking Account - Fifth Third Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit with Landlord | 1,050.00 | 0.00 | | 0.00 | FA |
| 4 | Computer Desk | 15.00 | 0.00 | | 0.00 | FA |
| 5 | Computer Printer | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Desktop Computer (4 years old) | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Double Bed with Mattress | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Dresser | 25.00 | 0.00 | | 0.00 | FA |
| 9 | DVD Players (2) | 50.00 | 0.00 | | 0.00 | FA |
| 10 | IPhones (3 - older models) | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Ipod | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Laptop (2 years old) | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Mattress/Boxspring King Size | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Nightstand | 15.00 | 0.00 | | 0.00 | FA |
| 15 | TV's (2) | 250.00 | 0.00 | | 0.00 | FA |
| 16 | Twin Bed with Mattress | 75.00 | 0.00 | | 0.00 | FA |
| 17 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Bicycle, Skateboard, Scooters | 90.00 | 0.00 | | 0.00 | FA |
| 19 | 1/2 Interest in Morgan Stanley Retirement Plan | Unknown | 0.00 | | 0.00 | FA |
| 20 | 1/2 Interest in Skin Medica, Inc. Retirement Fun | Unknown | 0.00 | | 0.00 | FA |
| 21 | 60% Interest in AIG 401k | Unknown | 0.00 | | 0.00 | FA |
| 22 | 1/2 Interest in 2500 Shares Stock Options | Unknown | 0.00 | | 0.00 | FA |
| 23 | 2004 Nissan Sentra | 1,631.00 | 0.00 | | 0.00 | FA |
| 24 | Dog | 10.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81912  
**Case Name:** BURGOS, KASSI K  

**Period Ending:** 09/19/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 07/24/15 (f)  
**§341(a) Meeting Date:** 08/27/15  
**Claims Bar Date:** 02/25/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 24   Assets   **Totals** (Excluding unknown values) | $251,336.00 | $40,000.00 | | $270,291.86 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2017        **Current Projected Date Of Final Report (TFR):**     April 14, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-81912  
**Case Name:** BURGOS, KASSI K  
**Taxpayer ID #:** **-***9415  
**Period Ending:** 09/19/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $4,396,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/28/16 | | Nationwide Escrow, Inc. | 1/3 proceeds of Wildsmith Rd. property | | | 8,433.74 | | 8,433.74 |
| | {1} | | Gross Amount of Proceeds from Sale of Real Estate | 270,291.86 | 1110-000 | | | 8,433.74 |
| | | | Settlement Fee - Nationwide Escrow  (1/3 Bankruptcy Estate) | -341.67 | 2500-000 | | | 8,433.74 |
| | | | Settlement Fee - Nationwide Escrow  (1/3 Gerald Burgos) | -341.67 | 2500-002 | | | 8,433.74 |
| | | | Settlement Fee - Nationwide Escrow - 1/3 Marlene Stewart | -341.66 | 2500-002 | | | 8,433.74 |
| | | | Misc. Charges/Fees Title Company  (1/3 Bankruptcy Estate) | -497.17 | 2500-000 | | | 8,433.74 |
| | | | Misc. Charges/Fees Title Company (1/3 Gerald Burgos) | -497.17 | 2500-002 | | | 8,433.74 |
| | | | Misc. Charges/Fees Title Company (1/3 Marlene Stewart ) | -497.16 | 2500-002 | | | 8,433.74 |
| | | | Real Estate Commission (1/3 Bankruptcy Estate) | -4,500.00 | 3510-000 | | | 8,433.74 |
| | | | Real Estate Commission (1/3 Gerald Burgos) | -4,500.00 | 3510-002 | | | 8,433.74 |
| | | | Real Estate Commission (1/3 Marlene Stewart) | -4,500.00 | 3510-002 | | | 8,433.74 |
| | | | County Transfer Tax (1/3 Bankruptcy Estate) | -99.00 | 2500-000 | | | 8,433.74 |
| | | | County Transfer Tax (1/3 Gerald Burgos) | -99.00 | 2500-002 | | | 8,433.74 |
| | | | County Transfer Tax (1/3 Marlene Stewart) | -99.00 | 2500-002 | | | 8,433.74 |
| | | | Mortgage Payoff - Specialized Loan Servicing, LLC (1/3 Bankruptcy Estate) | -75,858.51 | 4110-000 | | | 8,433.74 |
| | | | Mortgage Payoff (1/3 | -75,858.51 | 4110-002 | | | 8,433.74 |

Subtotals :    $8,433.74    $0.00

{} Asset reference(s)    Printed: 09/19/2017 02:38 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-81912
**Case Name:** BURGOS, KASSI K

**Taxpayer ID #:** **-***9415
**Period Ending:** 09/19/17

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******2366 - Checking Account
**Blanket Bond:** $4,396,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Gerald Burgos) | | | | |
| | | | Mortgage Payoff (1/3 Marlene Stewart)  -75,858.52 | 4110-002 | | | 8,433.74 |
| | | | Reimbursement Costs to Realtor (1/3 Bankruptcy Estate)  -367.20 | 2420-000 | | | 8,433.74 |
| | | | Reimbursment Costs to Realtor (1/3 Gerald Burgos)  -367.20 | 2420-002 | | | 8,433.74 |
| | | | Reimbursement Costs to Realtor (1/3 Marlene Stewart)  -367.20 | 2420-002 | | | 8,433.74 |
| | | | 1/3 Interest to Gerald Burgos  -8,433.74 | 8500-002 | | | 8,433.74 |
| | | | 1/3 Interest to Marlene Stewart  -8,433.74 | 8500-002 | | | 8,433.74 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,423.74 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.91 | 8,410.83 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.28 | 8,399.55 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.48 | 8,387.07 |
| 06/15/17 | 101 | U.S. Bankruptcy Court | Dividend paid 50.36% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 176.27 | 8,210.80 |
| 06/15/17 | 102 | JAMES E. STEVENS | Dividend paid 50.36% on $7,754.86, Trustee Compensation; Reference: | 2100-000 | | 3,905.64 | 4,305.16 |
| 06/15/17 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 4,305.16 | 0.00 |
| | | | Dividend paid 50.36% on $8,477.75; Claim# ; Filed: $8,477.75  4,269.71 | 3210-000 | | | 0.00 |
| | | | Dividend paid 50.36% on $70.38; Claim# ; Filed: $70.38  35.45 | 3120-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 8,433.74 | 8,433.74 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,433.74 | 8,433.74 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,433.74** | **$8,433.74** | |

{} Asset reference(s)

Printed: 09/19/2017 02:38 PM V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 15-81912 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | BURGOS, KASSI K | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2366 - Checking Account |
| **Taxpayer ID #:** | **-***9415 | | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 09/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | | | **Checking # ******2366** | 8,433.74 | 8,433.74 | 0.00 |
| | | | | $8,433.74 | $8,433.74 | $0.00 |

{} Asset reference(s)                                                                                                                    Printed: 09/19/2017 02:38 PM    V.13.30